IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00645-BNB

ALAN SUDDUTH,

    Applicant,

v.

TOM CLEMENTS, Exec Director Colorado Dept of Corrections,
ANGEL MEDINA, Warden, Limon Correctional Facility, and
JOHN SUTHERS, Attorney General, State of Colorado,

    Respondents.

---

ORDER FOR STATE COURT RECORD

---

    After preliminary consideration of the application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, it is

    ORDERED that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in ***People v. Sudduth***, Criminal Action No. 95CR646, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims. It is

    FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

(1)     Clerk of the Court
        Arapahoe County District Court
        7325 S. Potomac St.
        Centennial, Colorado 80112; and

(2)     Court Services Manager
        State Court Administrator's Office
        101 W. Colfax, Ste. 500
        Denver, Colorado  80202.

DATED September 12, 2012, at Denver, Colorado.

                                              BY THE COURT:

                                               s/ Boyd N. Boland
                                              United States Magistrate Judge