IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00645-BNB

ALAN SUDDUTH,

    Applicant,

v.

TOM CLEMENTS, Exec Director Colorado Dept of Corrections,
ANGEL MEDINA, Warden, Limon Correctional Facility, and
JOHN SUTHERS, Attorney General, State of Colorado,

    Respondents.

---

## SUPPLEMENTAL ORDER FOR STATE COURT RECORD

---

On September 18, 2012, the Arapahoe County District Court filed with the Clerk of this Court the majority of the state court record in **People v. Sudduth**, Criminal Action No. 95CR646. However, the Arapahoe County District Court inadvertently submitted hearing transcripts from a different criminal case (Criminal Action No. 09CR2482). Accordingly, it is

ORDERED that Respondents shall, within thirty (30) days, provide this Court with all hearing transcripts in **People v. Sudduth**, Arapahoe County District Court Criminal Action No. 95CR646. It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
            Arapahoe County District Court
            7325 S. Potomac St.
            Centennial, Colorado 80112; and

(2)   Court Services Manager
      State Court Administrator's Office
      101 W. Colfax, Ste. 500
      Denver, Colorado 80202.

DATED September 20, 2012, at Denver, Colorado.

                                                BY THE COURT:

                                           s/ Boyd N. Boland
                                           United States Magistrate Judge