**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 23 2015

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 12-cv-00645-LTB

ALAN SUDDUTH,

    Applicant,

vs.

TOM CLEMENTS, Exec Director Colorado Dept of Corrections,
ANGEL MEDINA, Warden, Limon Correctional Facility, and
JOHN SUTHERS, Attorney General, State of Colorado,

    Respondenst.

---

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this __18th__ day of __September__, __2015__.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 12-cv-00645-LTB

Arapahoe County Justice Center
7325 South Potomac Street
Centennial, CO 80112

Alison Lee Ruttenberg - attorney for Alan Sudduth
**DELIVERED ELECTRONICALLY**

Ryan Alan Crane - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  9/23/2015  .

                                              JEFFREY P. COLWELL, CLERK

                                              By: s/ D. Berardi
                                                   Deputy Clerk